PROB 12C
(6/16)

Report Date: January 18, 2017

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2017

SEAN F. MCAVOY, CLERK

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Pakootas

Case Number: 0980 2:17CR00004-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 29, 2011

Original Offense: Conspiracy to Distribute Cocaine, 21 U.S.C. § 846

Original Sentence: Prison - 60 months
TSR - 60 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: U.S. Attorneys Office

Date Supervision Commenced: August 23, 2014

Defense Attorney: Federal Defenders Office

Date Supervision Expires: August 22, 2019

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court in the District of Montana on 01/05/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.<br><br>**Supporting Evidence**: Grand Coulee Police Department incident report number 17GC0036 states that on January 13, 2017, the offender was located at a residence and arrested. At the time of arrest, the offender was in a room at said residence with other individuals. During the contact, law enforcement seized two Ziploc type bags that contained a white crystalline substance believed by law enforcement to be methamphetamine. Officers additionally seized various items of drug paraphernalia, and another small bag that contained three tablets. The tablets inscription corresponds with oxycodone hydrocloride, which is a controlled substance. |

7 **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Grand Coulee Police Department incident report number 17GC0036 states that on January 13, 2017, the offender was located at a residence and arrested. At the time of arrest the offender was in a room at said residence with other individuals. Two of the other individuals were also arrested. One individual was taken into custody on an outstanding Washington State Department of Corrections warrant and has a felony class offense. The other individual was arrested on an outstanding misdemeanor failure to appear warrant and was additionally charged with possession of a controlled substance methamphetamine and possession of a controlled substance oxycodone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/18/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Rosanna Malouf Peterson

Signature of Judicial Officer

1/18/2017

Date